**IN THE COUNTY COURT OF JACKSON COUNTY, MISSISSIPPI**

**BENJAMIN WARREN HUDSON, JR.**, a minor,
by and through his parent and next friend,
DR. BENJAMIN HUDSON

**ELI JAX PITALO**, a minor,
by and through his parent and next friend,
GEORGE "TRAE" PITALO, III

and
**MORGAN SEYMOUR**, a minor,
by and through his parent and next friend,
MICHAEL SEYMOUR

FILED
OCT 12 2026
SANDY CARNEY, CLERK
BY________________D.C.

**PLAINTIFFS**

VERSUS CAUSE NO.: **26-22,151MW**

**DAMARCUS HUGHES a/k/a "BOOGIE LOWDOWN"** **DEFENDANT**

---

**EMERGENCY MOTION FOR**
***EX PARTE* TEMPORARY RESTRAINING ORDER**

---

COMES NOW the Plaintiffs, Benjamin Warren Hudson, Jr., a minor, by and through his parent and next friend, Dr. Benjamin Hudson; Eli Jax Pitalo, a minor, by and through his parent and next friend, George "Trae" Pitalo, III; and Morgan Seymour, a minor, by and through his parent and next friend, Michael Seymour, by and through their counsel, J. Tyler Cox of *Taylor and Cox Law Firm*, and pursuant to Mississippi Rule of Civil Procedure 65(b) file this their Emergency Motion for Ex Parte Temporary Restraining Order against the Defendant, Damarcus Hughes, and would show the following, to-wit:

1. On October 6, 2026, Plaintiffs filed their Complaint for Damages, Preliminary Injunction and Permanent Injunction against the Defendant, Damarcus Hughes (hereinafter "Hughes"). The Complaint and its exhibits are incorporated herein by reference.

2. As shown in the Complaint, Hughes has used two Facebook accounts with a combined audience of more than thirty thousand followers to accuse Plaintiffs of murdering Nolan Xavier Wells, and

FILED
OCT 12 2026
RANDY CARNEY, CLERK
BY D.C.

he has continued to do so after the Jackson County Grand Jury returned a No True Bill. He has stated publicly that he will not stop.

3. Hughes has continued since this action was filed. On or about October 11, 2026, he has even resorted to publishing a post accusing Plaintiffs' counsel of having a felony domestic battery charge. Ex. 1. When counsel responded, Hughes wrote, "I do not know if this is true or not, which is why I said, allegedly." Ex. 2. The accusation is obviously false. Further, on the date of this Emergency Motion, the Defendant has sunk so low as to post pictures of Plaintiff's wife and children.[1]

4. Hughes used the same method against Plaintiffs. On July 9, 2026, he published that they deleted text messages from Nolan's phone, "allegedly." No Plaintiff did so.

5. The Plaintiffs and their families have received threats and harassment following Hughes's publications. Should the Court not grant this Emergency Motion, further publications by the Defendant will be posted before Hughes can be served and heard, and the resulting injury to Plaintiffs is immediate and irreparable.

6. The requirements of Rule 65(b) are met by the verified Complaint, the Affidavit, and the Certificate of Counsel appended to this Motion.

7. Plaintiffs request a temporary restraining order, effective upon entry and continuing until the hearing on their request for a preliminary injunction or for ten (10) days, whichever first occurs, that restrains Hughes, and those in active concert or participation with him who receive actual notice of the order, from creating, posting, publishing, uploading, sharing, reposting, or otherwise disseminating any content of any kind, whether video, audio, photograph, image, or text, on Facebook or any other social-media, video-sharing, or livestreaming platform, whether through his own accounts, any new, alternate, anonymous, or pseudonymous account, any account belonging to another person, or any person acting at his direction or on his behalf; from starting, hosting, joining, or otherwise participating in any LIVE or other real-time broadcast on any such platform; and from posting, publishing, or sending any comment,

[1] *See* Ex. 3.

FILED
OCT 12 2026
RANDY CARNEY, CLERK
BY D.C.

reply, direct message, or chat on any such platform, or, in the alternative, such narrower restraint as the Court finds appropriate, as set out in the proposed Order submitted with this Motion.

8. Plaintiffs request that their request for a preliminary injunction be set for hearing at the earliest possible time and that security under Rule 65(c) be set in a nominal amount.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs pray that the Court grant this Motion; enter a Temporary Restraining Order as requested herein without notice to the Defendant; set Plaintiffs' request for a preliminary injunction for hearing at the earliest possible time; set security in a nominal amount; and grant such other relief as the Court finds just.

**RESPECTFULLY SUBMITTED**, this the 12 day of October 2026.

FOR: BENJAMIN WARREN HUDSON, JR.,
ELI JAX PITALO, and
MORGAN SEYMOUR,
each by and through his father and next friend, **PLAINTIFFS**

BY: ______________________________
HON. J. TYLER COX, ATTORNEY FOR PLAINTIFFS

**PREPARED AND SUBMITTED BY:**

**TAYLOR AND COX LAW FIRM**

HON. J. TYLER COX, 105807
HON. NICHOLAS MOBLEY, 105832
HON. ROSS H. TAYLOR, 107237
POST OFFICE BOX 0006
PASCAGOULA, MS 39568
PHONE: 228-696-0111
EMAIL: tyler@taylorandcox.com

FILED
OCT 12 2026
RANDY CARNEY, CLERK
_______________ D.C.

IN THE COUNTY COURT OF JACKSON COUNTY, MISSISSIPPI

WARREN BENJAMIN HUDSON, JR., a minor,
by and through his parent and next friend,
DR. BENJAMIN HUDSON

ELI JAX PITALO, a minor,
by and through his parent and next friend,
GEORGE TRAE PITALO, III

and
MORGAN SEYMOUR, a minor,
by and through his parent and next friend,
MICHAEL SEYMOUR

PLAINTIFFS

VERSUS CAUSE NO.: **26-22,151MW**

DARMARCUS HUGHES DEFENDANT

---

**RULE 65 EX PARTE ATTORNEY CERTIFICATION**

---

COMES NOW the undersigned Attorney, Honorable J. Tyler Cox, in accordance with Mississippi Rule of Civil Procedure 65(2)(b), and certifies as follows:

1. The undersigned, Hon. J. Tyler Cox represents the Plaintiffs: Warren Benjamin Hudson, Jr., a minor, by and through his parent and next friend, Dr. Benjamin Hudson; Eli Jax Pitalo, a minor, by and through his parent and next friend, George "Trae" Pitalo, III; and, Morgan Seymour, a minor, by and through his parent and next friend, Michael Seymour

2. The Plaintiffs seek the Court's intervention as it relates to the action of the Defendant, Damarcus Hughes and the social media posts being made with direct correlation to the Plaintiffs as they relate to the death investigation of Nolan Xaviar Wells.

3. On information and belief, the undersigned is advised that if the Defendant is allowed to continue on this course of action, that the Plaintiffs and their families are likely to sustain irreparable injury, loss or damage. Evidence of the irreparable injury, loss or damage is as follows:

1. The Defendant is exposing the location of the Plaintiff's homes and schools to an audience on social media, depicting the Plaintiffs as killers in the July 4, 2026, death investigation of Nolan Xaviar Well

4. The undersigned has made no effort to provide notice of this proceeding to the Plaintiff.

RESPECTFULLY SUBMITTED, this the 12 day of October 2026.

FOR: WARREN BENJAMIN HUDSON, JR.,
ELI JAX PITALO, and
MORGAN SEYMOUR,
each by and through his father and next friend

BY: [signature]

J. TYLER COX, Counsel for Plaintiffs
**TAYLOR AND COX LAW FIRM**
J. Tyler Cox (Miss. Bar No. 105807)
Nicholas Mobley (Miss. Bar No. 105832)
Ross Taylor (Miss. Bar No. 107237)
Post Office Box 0006
1113 Jackson Ave.
Pascagoula, Mississippi 39568
Telephone: 228-696-0111
Email: tyler@taylorandcox.com

STATE OF MISSISSIPPI
COUNTY OF JACKSON

**AFFIDAVIT**

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the jurisdiction foresaid, the within named, J. TYLER COX, who acknowledges to me under oath that he signed and delivered the above and foregoing instrument on the day and year herein mentioned as his free and voluntary act and affirmation that the above Affidavit is true and correct.

WITNESS MY SIGNATURE, this the 12 day of October, 2026.

J. TYLER COX

SWORN TO AND SUBSCRIBED BEFORE ME, this the 12 day of Oct, 2026.

RANDY CARNEY
CIRCUIT CLERK
JACKSON COUNTY, MS
MY COMMISSION EXPIRES: DEC 31, 2027

NOTARY PUBLIC

MY COMMISSION EXPIRES

CIRCUIT COURT
JACKSON COUNTY, MISS

**EXHIBIT 1: Post on "Boogie THEE LowDown" page, on or about October 11, 2026**



**EXHIBIT 2: Comments beneath the post shown in Exhibit 1**




**EXHIBIT 3: Post on "Boogie LowDown" page, on or about October 12, 2026**




9:50
Boogie LowDown
Boogie LowDown
40m
One of the cousins just sent this to me, and she stated that this post was on Tyler Cox's FB page.
This appears to confirm that his full name is, JARRETT TYLER COX, because he named his son, Jarrett Tyler Cox JR.
Tyler Cox
Jarrett Cox
Choose another article
16
5 Comments
16
5
Boogie LowDown added to his story
Boogie LowDown
23h
facebook.com