FILED
OCT 1 2 2026
RANDY CARNEY, CLERK
BY ______________ D.C.

**IN THE COUNTY COURT OF JACKSON COUNTY, MISSISSIPPI**

**BENJAMIN WARREN HUDSON, JR.**, a minor,
by and through his parent and next friend,
DR. BENJAMIN HUDSON

**ELI JAX PITALO**, a minor,
by and through his parent and next friend,
GEORGE "TRAE" PITALO, III

and
**MORGAN SEYMOUR**, a minor,
by and through his parent and next friend,
MICHAEL SEYMOUR

**PLAINTIFFS**

VERSUS CAUSE NO.: **26-22,151MW**

**DAMARCUS HUGHES a/k/a "BOOGIE LOWDOWN"** **DEFENDANT**

---

**ORDER GRANTING EX PARTE RELIEF**

---

THIS DAY THIS CAUSE having come on for hearing on the Motion for Ex Parte Emergency Relief of , the Plaintiffs: Warren Benjamin Hudson, Jr., a minor, by and through his parent and next friend, Dr. Benjamin Hudson; Eli Jax Pitalo, a minor, by and through his parent and next friend, George "Trae" Pitalo, III; and, Morgan Seymour, a minor, by and through his parent and next friend, Michael Seymour, by and through their counsel, Hon. J. Tyler Cox of *Taylor and Cox Law Firm*, and the Court being further advised in the premises, finds as follows:

1. IT IS ORDERED: The Court has continuing in personam jurisdiction and subject matter jurisdiction.

2. IT IS ORDERED: The Defendant has established good cause pursuant to Section 93-21-1 et. seq., of the Mississippi Code of 1972, as amended, and is entitled to *ex parte* relief or

FILED
OCT 12 2026
RANDY CARNEY, CLERK
BY ______________ D.C.

emergency relief from the Plaintiffs: Warren Benjamin Hudson, Jr., a minor, by and through his parent and next friend, Dr. Benjamin Hudson; Eli Jax Pitalo, a minor, by and through his parent and next friend, George "Trae" Pitalo, III; and, Morgan Seymour, a minor, by and through his parent and next friend, Michael Seymour.

3. IT IS ORDERED: The Defendant and/or any person acting on his behalf, should be, and he/they are hereby Ordered from posting, publishing, commenting, referencing, or participating in any online forums or LIVE broadcasts concerning the Plaintiffs, their counsel, or families, or telephoning, intentionally coming into personal contact with the Plaintiffs and/or their respective families, harassing, abusing, or in any other manner, interrupting the normal day-to-day activities of the Plaintiff's lives. Further, Defendant shall not come within 1000 yards of the Plaintiffs, their families, place of residences, and/or the schools in which they attend.

4. IT IS ORDERED: The local law enforcement agency shall respond to all requests for assistance from the Plaintiffs. The local law enforcement officer responding to the request for assistance shall take whatever steps are reasonably necessary to protect the Plaintiffs from harm and shall advise same of sources of shelter, medical care, counseling and other services.

5. IT IS ORDERED: This Order is effective upon entry and shall remain in effect until the hearing on the Plaintiffs' request for a preliminary injunction, unless extended by the Court for good cause shown or by consent of the Defendant.

6. IT IS ORDERED: The Plaintiffs' request for a preliminary injunction is set for hearing before this Court on the 21 day of October 2026, at 9:00AM, in Jackson County, Mississippi.

FILED
OCT 12 2026
RANDY CARNEY, CLERK
BY ______________ D.C.

7. IT IS ORDERED: The Court finds that there exists a substantial likelihood that the Plaintiffs will sustain irreparable injury, loss, or damage thereby entitling the Plaintiffs to *ex parte* relief.

8. IT IS ORDERED: This Order shall serve as a Writ of Assistance and any and all law enforcement.

SO ORDERED AND ADJUDGED this the 12 day of October, 2026, at 11:10 a.m./p.m.

COUNTY COURT JUDGE

PREPARED BY:

**TAYLOR AND COX LAW FIRM**

J. Tyler Cox (Miss. Bar No. 105807)
Nicholas Mobley (Miss. Bar No. 105832)
Ross Taylor (Miss. Bar No. 107237)
1113 Jackson Ave
Post Office Box 0006
Pascagoula, Mississippi 39568
Telephone: 228-696-0111
Email: tyler@taylorandcox.com