**IN THE COUNTY COURT OF JACKSON COUNTY, MISSISSIPPI**

**BENJAMIN WARREN HUDSON, JR.**, a minor
by and through his parent and next friend,
DR. BENJAMIN HUDSON

FILED
OCT 2 1 2026
RANDY CARNEY, CLERK
BY__________________D.C.

**ELI JAX PITALO**, a minor
by and through his parent and next friend,
GEORGE "TRAE" PITALO, III

and
**MORGAN SEYMOUR**, a minor
by and through his parent and next friend,
MICHAEL SEYMOUR **PLAINTIFFS**

**VERSUS** **CAUSE NO.: 26-22,151MW**

**DAMARCUS HUGHES a/k/a "BOOGIE LOWDOWN" DEFENDANT**

---

**ORDER EXTENDING EX PARTE RELIEF AND**
**ORDER OF CONTINUANCE**

---

**THIS DAY THIS CAUSE**, having come on for Return Hearing on the Court's *Ex Parte* Order Granting the Relief Requested by the Plaintiffs in MEC #5 and the request for a Preliminary Injunction noticed for hearing on October 21, 2026, and the Court being fully advised in the premises, finds as follows:

1. The Defendant contacted the Court Administrator of this Honorable Court and informed the same that he has not been formally served. He was informed by the Court Administrator of the existence of this action and the litigation style thereof.

2. The Court finds that the Defendant has not been formally served with the Ex Parte Order nor the Summons and Complaint in this Cause, however, the Defendant by his own admission to the Court, does have actual notice of the proceedings. THUS,

3. IT IS ORDERED: The Court has continuing jurisdiction over the parties and the subject matter hereto.

4. IT IS ORDERED: The Order Granting the Ex Parte Relief in MEC #5 is therefore extended, fully incorporated herein, and remains in full force and effect until further order of this Honorable Court.

5. IT IS ORDERED: This matter shall be reset until the 10 day of November, 2026, at 1:30 AM/PM before Honorable Judge Mark Watts.

SO ORDERED AND ADJUDGED this the 21 day of October 2026 at 3:00 PM.

COUNTY COURT JUDGE