**IN THE COUNTY COURT OF JACKSON COUNTY, MISSISSIPPI**

**BENJAMIN WARREN HUDSON, JR., a minor,** **PLAINTIFFS**
**By and through his parent and next friend,**
**DR. BENJAMIN HUDSON**

**ELI JAX PITALO, a minor,**
**By and through his parent and next friend,**
**GEORGE "TRAE" PITALO, III**

**AND** **CAUSE NO: 30CO1:26-CV-22151-MW**

**MORGAN SEYMOUR, a minor,**
**By and through his parent and next friend,**
**MICHAEL SEYMOUR**

**V.**

**DAMARCUS HUGHES a/k/a "BOOGIE LOWDOWN"** **DEFENDANTS**

**DEFENDANT DAMARCUS HUGHES' MOTION TO DISSOLVE THE EX PARTE TEMPORARY RESTRAINING ORDER AND ORDER EXTENDING THE TRO**

COMES NOW, Defendant Damarcus Hughes, by and through his Counsel of Record, and files this Motion to Dissolve the October 12, 2026, Ex Parte Temporary Restraining Order and Order Extending the Ex Parte Temporary Restraining Order, and would show unto the Court the following:

1. On October 12, 2026, the Court issued an Emergency Ex Parte Temporary Restraining Order against the Defendant and later extended said order on October 12, 2026. *See* Doc. Nos. 5-6.

2. The petition, attorney affidavit and Order granting the Plaintiffs' request relies on an inapplicable statute, do not comport with Rule 65, and violate basic constitutional rights enshrined in the First Amendment of the United States Constitution.

3. For reasons more fully argued in the contemporaneously filed Memorandum in Support of this Motion, Defendant respectfully requests the Court dissolve the Ex Parte TRO entered on October 12, 2026, and the Order Extending the TRO entered on October 21, 2026.

4. Defendant respectfully requests this Motion be set for hearing on November 10, 2026, at 1:30 p.m. before this Honorable Court.

Respectfully submitted, this the 10th day of November 2026.

*/s/ Ray A. Young, Jr.*
Ray A. Young, Jr. (MSB No. 105851)

OF COUNSEL:

Ray A. Young, Jr. (MSB No. 105851)
The Young Law Firm LLC
100 S. Beach Blvd. 2nd Floor
Bay St. Louis, Mississippi 39520
(t) 228-215-2020
(f) 228-215-2072
(e) ryoung@younglawfirmms.com

*Counsel to Mr. Hughes*

**CERTIFICATE OF SERVICE**

I, Ray A. Young, Jr., certify that I have filed the foregoing Notice of Appearance on the Court's Electronic Filing System, which has caused service on all parties of record.

Respectfully submitted this the 10th day of November, 2026.

*/s/ Ray A. Young, Jr.*
Ray A. Young, Jr.