IN THE COUNTY COURT OF JACKSON COUNTY, MISSISSIPPI

**BENJAMIN WARREN HUDSON, JR.**, a minor,
by and through his parent and next friend,
DR. BENJAMIN HUDSON

**ELI JAX PITALO**, a minor,
by and through his parent and next friend,
GEORGE "TRAE" PITALO, III

and
**MORGAN SEYMOUR**, a minor,
by and through his parent and next friend,
MICHAEL SEYMOUR — PLAINTIFFS

VERSUS — CAUSE NO.: 2026-22151 MW

**DAMARCUS HUGHES a/k/a "BOOGIE LOWDOWN"** — DEFENDANT

---

## NOTICE OF HEARING

---

Please take notice that the above referenced matter has been set for hearing before **Judge Mark Watts** on the **17th** day of **November 2026**, at **1:30 p.m.** in the County Court of Jackson County, Mississippi.

RESPECTFULLY SUBMITTED, this 13th day of November 2026.

BY: /s/ *J. Tyler Cox*
HON. J. TYLER COX, AFP

**PREPARED BY:**
**TAYLOR AND COX LAW FIRM**

HON. J. TYLER COX, 105807
HON. NICHOLAS MOBLEY, 105832
POST OFFICE BOX 0006
PASCAGOULA, MS 39568-0006
TELEPHONE: (228) 696-0111
EMAIL: tylrer@taylorandcox.com

**CERTIFICATE**

I, Hon. J. Tyler Cox, Attorney for Plaintiffs in the above styled and numbered cause, certify that on this day I electronically filed the foregoing pleading or other paper with the Clerk of the Court using the MEC system which sent notification of such filing to Hon. Ray Young.

**CERTIFIED**, this the 13th day of November 2026.

/s/ *J. Tyler Cox*
HON. J. TYLER COX