# SUBPOENA TO APPEAR

IN THE COUNTY COURT OF JACKSON COUNTY, MISSISSIPPI

**BENJAMIN WARREN HUDSON, JR.**, a minor,
by and through his parent and next friend,
DR. BENJAMIN HUDSON

**ELI JAX PITALO**, a minor,
by and through his parent and next friend,
GEORGE "TRAE" PITALO, III

and
**MORGAN SEYMOUR**, a minor,
by and through his parent and next friend,
MICHAEL SEYMOUR — PLAINTIFFS

VERSUS — CAUSE NO.: 2026-22151 MW

**DAMARCUS HUGHES a/k/a "BOOGIE LOWDOWN"** — DEFENDANT

**To: DAMARCUS HUGHES**
**Wherever he may be found**

**NOTICE**

You are summoned to personally appear before the County Court of Jackson County, Mississippi, at **1:30 p.m.** on the **17th** day of **November 2026**, in the Courtroom of **Judge Mark Watts** located at 3104 Magnolia Street, Pascagoula, Mississippi, to give evidence in a pending cause. Attorney, J. Tyler Cox, is at whose instance this writ is issued.

Herein fail not and have there then this writ.

WITNESS MY HAND AND SEAL OF SAID COURT, on this the 13 day of November 2026.

(SEAL) CIRCUIT COURT ★ JACKSON COUNTY, MISS ★

RANDY CARNEY, CIRCUIT CLERK

BY: ______________ D.C.

PREPARED BY:
TAYLOR AND COX LAW FIRM