**IN THE COUNTY COURT OF JACKSON COUNTY, MISSISSIPPI**

**BENJAMIN WARREN HUDSON, JR., a minor,** **PLAINTIFFS**
**By and through his parent and next friend,**
**DR. BENJAMIN HUDSON**

**ELI JAX PITALO, a minor,**
**By and through his parent and next friend,**
**GEORGE "TRAE" PITALO, III**

**AND** **CAUSE NO: 30CO1:26-CV-22151-MW**

**MORGAN SEYMOUR, a minor,**
**By and through his parent and next friend,**
**MICHAEL SEYMOUR**

**V.**

**DAMARCUS HUGHES a/k/a "BOOGIE LOWDOWN"** **DEFENDANT**

**ACKNOWLEDGEMENT OF ACCEPTANCE OF SERVICE**

On November 10, 2026, the undersigned counsel for Mr. Damarcus Hughes filed a Motion to Dissolve the Ex Parte Temporary Restraining Order, thereby entering an appearance on behalf of Mr. Hughes.

The undersigned counsel acknowledges receipt of Service of Process on Mr. Hughes' behalf as of November 10, 2026.

Respectfully submitted, this the 14th day of November, 2026.

**DAMARCUS HUGHES**

**BY: *<u>/s/ Ray A. Young, Jr.</u>***
Ray A. Young, Jr., Esq.

OF COUNSEL:

Ray A. Young, Jr. (MSB No. 105851)
The Young Law Firm LLC
100 S. Beach Blvd., 2nd Floor
Bay St. Louis, Mississippi 39520
(t) 228-215-2020
(f) 228-215-2072
(e) ryoung@younglawfirmms.com

*Counsel to Damarcus Hughes*

**CERTIFICATE OF SERVICE**

I, Ray A. Young, Jr., certify that I have filed the foregoing Acknowledgement of Acceptance of Service on the Court's Electronic Filing System, which has caused service upon all parties of record.

This the 14th day of November, 2026.

*/s/ Ray A. Young, Jr.*
Ray A. Young, Jr.